| | |
|---|---|
| DAVID L. SKELTON, TRUSTEE #96250<br>525 B STREET, SUITE 1430<br>SAN DIEGO, CA 92101<br>(619) 338-4006 (Phone)<br>(619) 239-5242 (Fax) | |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re:<br>  ERIC ALCALA<br><br>  1025 N ESCONDIDO BLVD #3<br><br><br>###-##-1530<br>                    Debtor. | Chapter 13<br><br>Bankruptcy Case No.   03-10342 A 13<br><br><br><br>UNDISTRIBUTED FUNDS |

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSING

EXPLANATION OF SOURCES: CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:

  Cornwell Tech Credit
  190 South Warner Rd
  Wayne PA 19087

           AMOUNT:  2301.94

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the Debtor(s), his attorney of record, and Payee at the addresses as they appear herein.

SERVED:    [ ✓ ] DEBTOR(S)    [ ✓ ] ATTORNEY    [ ✓ ] PAYEE

DATED:  February 3, 2009

                                      _____
                                      CLERK OF THE OFFICE OF
                                      DAVID L. SKELTON, TRUSTEE

   IVAN TRAHAN  #75143
   8765 AERO DR STE 220
   SAN DIEGO, CA 92123-1767

#202446 Receipted 2/24/09